IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 10-0560-CG-B |
| | * |
| **An Amount of Funds up to but not to exceed $50,000.00, etc., et al.,** | * |
| | * |
| Defendant.[1] | * |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the separate Order entered on this date, it is ordered, adjudged, and decreed that the above-named defendant, is forfeited to the plaintiff, the United States of America, for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6).

**DONE and ORDERED** this 13th day of September, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The defendant currency was seized from Bank of America account xxxxxx9163, in the name of Compu-Cell, LLC. (Doc.10).